Richard A. SPRAGUE, Appellant,

v.

CITIZENS BANK AND TRUST
COMPANY, Respondent.

No. WD 66333.

Missouri Court of Appeals,
Western District.

May 29, 2007.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 31, 2007.

Application for Transfer Denied
Sept. 25, 2007.

William E. Erdrich, St. Joseph, MO, for
Appellant.

Nicholas K. Robb, St. Joseph, MO, for
Respondent.

Before HOLLIGER, P.J., SPINDEN
and HARDWICK, JJ.

### ORDER

PER CURIAM.

Richard Sprague appeals from the circuit court's denial of his equitable and legal claims against Citizens Bank & Trust Company. Upon review of the briefs and the record, we find no error and affirm the judgment. We have provided the parties with a Memorandum explaining the reasons for our decision, because a published opinion would have no precedential value.

AFFIRMED. Rule 84.16(b).